IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

COREY BLOCKER
  v.  Plaintiff
STATE OF MICHIGAN
  Defendant
GRETCHEN WHITMER
  Codefendant
UNITED STATES OF AMERICA
  Codefendant
JOE BIDEN
  Codefendant
UNEMPLOYMENT AGENCY OF MICHIGAN
  Codefendant
SBA
  Codefendant

CASE #
Trial by Jury

FILED - LN
June 1, 2021 1:32 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod /     SCANNED BY: /

1:21-cv-447
Robert J. Jonker
Chief United States District Judge

## MOTION FOR PERMANATE INJUCTION

Corey Blocker makes this motion for a permanate insuction against the defendants going against Congress mandated law, for this Court record and on this Courts record Corey Blocker is demanding that this Court puts an permanate insuction against the defendants breaking the U.S Constitution by mandating that Corey Blocker seek employment to receive his Unemployment benefits. Even though Congress did not mandate that Corey Blocker had to seek employment to receive the Unemployment that ~~~~~~~ Congress passed and the defendant sign into law. Therefore Joe Biden does not get to state that Corey Blocker has to do anything that was not put into law by Congress. Therefore the fact that Joe Biden thinks he is a dictator and gets to just state things that have no bases in law is further proof that the Covid-19 pandemic is and was plan to deny the residence of the country commonly known as the United States their Constitutional rights granted by the U.S Constitution. Corey Blocker is demanding that a permanate insuction also be placed on the defendants for denying Corey Blockers grants and loans through the SBA. Because it can be proven that the defendants have been denying Corey Blocker his Unemployment and Grants and loans, for the purpose of causing Corey Blocker undue hardship. Which is strong arm extortion and against the U.S Constitution and Grounds by law for Everyone Involved to be hung to death. Also Every Judge in this Court that cannot touch this case make sure your names are no where on this case.

Respectfully Submitted
[signature]

You are Summons to appear/are included by affidavit only, to this Court for the purpose of defending the allegation against You as the defendants.

Respectfully Submitted

[signature]

I Certify that a true and exact copy of this instrument to each defendants via U.S mail on this the 1 day of June 2021.

Respectfully Submitted

[signature]

Gretchen Whitmer
Po Box 30013
Lansing MI 48909

Attorney General Office
525 Ottowa St
Lansing MI 48933

JOE Biden
1600 Pennsylvania Ave NW
Washington D.C 20503

Attorney General Office
Department of Justice
950 Pennsylvania Ave NW
Washington D.C 20503

Michigan Unemployment Agency
Po Box 169
Grand Rapid MI 49501

SBA
409 3rd st SW
Washington D.C 20414


Corey Blocker
3401 South Martin Luther King Jr Blvd
Unit 243
Lansing MI 48910
615-522-6659